STEPHEN J. PEIRANO, Appellant and Repondent, *v.* AUGUSTUS SBARBORO, Respondent and Appellant.

Submitted March 10, 1952; decided March 14, 1952.

*Andrew Sbarboro* for motion.

*Monroe J. Cahn* opposed.

Motion denied and plaintiff's appeal dismissed upon his stipulation.